**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

     **v.**                                    Case No. 08-cr-19-PB

<u>**Anthony Seward**</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009 citing the need for additional time for newly-appointed counsel to file a motion to suppress evidence and properly prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on August 24, 2009 at 3:15 p.m.

No further continuances absent good cause shown.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 28, 2009

cc:  Michael Ramsdell, Esq.
     Debra Walsh, Esq.
     United States Probation
     United States Marshal